# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| David Goldhagen, | 2:14-cv-0672-JAD-GWF |
| Plaintiff | |
| v. | **Notice of Intent to Dismiss Under Local Rule 41-1 for Want of Prosecution** |
| Ventrum Energy Corp. et al., | |
| Defendants | |

This civil action was filed on May 1, 2014. Defaults have been entered against all defendants, and nothing has been filed in this case in more than 200 days.[1] Local Rule 41-1 permits the court—with notice—to dismiss for want of prosecution any civil action that has been pending for more than 270 days without any activity. **Plaintiff is hereby notified that, unless he takes some action to move this case forward by December 14, 2015, this case will be dismissed under Local Rule 41-1 for want of prosecution.**

Dated this 7th day of October, 2015

_____
Jennifer A. Dorsey
United States District Judge

---

[1] ECF 28.