UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| David Goldhagen, | 2:14-cv-00672-JAD-GWF |
| Plaintiff | |
| v. | **Order Dismissing Action Under LR 41-1 for Want of Prosecution** |
| Ventrum Energy Corporation, et. al, | |
| Defendants | |

LR 41-1 provides that "All civil actions that have been pending in this Court for more than two hundred seventy (270) days without any proceeding of record having been taken may, after notice, be dismissed for want of prosecution on motion of counsel or by the Court." The last proceeding of record that occurred in this case was the March 19, 2015, return of the subpoena on Wells Fargo Bank.[1] Thus, on October 7, 2015, I notified plaintiff that this case would be dismissed under LR 41-1 "unless he takes some action to move this case forward" by December 14, 2015.[2] Plaintiff has taken no action since my October notice, and the December 14, 2015, deadline I set passed more than a month ago.

Accordingly, with good cause appearing and no reason for delay, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that this case is dismissed in its entirety and without prejudice under LR 41-1. The Clerk of Court is directed to close this case.

Dated this 19th day of January, 2016.

_____
Jennifer A. Dorsey
United States District Judge

---

[1] ECF 28.

[2] ECF 29.